# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY ANTHONY COLLINS,<br><br>                  Petitioner,<br>  vs.<br><br>DOMINGO URIBE, JR., Warden,<br><br>                  Respondent. | Case No. 12cv1301 DMS (WMc)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING PETITION, AND DENYING CERTIFICATE OF APPEALABILITY** |

      Petitioner Corey Anthony Collins, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus under 28 U.S.C. Section 2254 challenging his conviction and sentence for second degree robbery and participation in a street gang. The petition was referred to United States Magistrate Judge William McCurine, Jr. for a report and recommendation pursuant to 28 U.S.C. Section 636(b)(1)(B) and Civil Local Rule 72.1(d). Respondent filed an answer. Petitioner did not file a traverse, which was due no later than July 26, 2013. (*See* Order (1) Lifting Stay and Abeyance of Federal Proceedings, and (2) Requiring Response to Petition, filed May 21, 2013.) On September 12, 2013, the Magistrate Judge issued a Report and Recommendation, recommending to deny the petition.

      Petitioner timely objected to the Report and Recommendation after his request for extension of time was granted. (*See* Order Granting Petitioner's Request for Extension of Time, filed Oct. 21, 2013.) Respondent did not file a response. In reviewing a magistrate judge's report and recommendation, the district court "shall make a *de novo* determination of those portions of the report

- 1 -

1 ... to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings
2 or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Upon *de novo* review
3 of the Report and Recommendation and Petitioner's objections, the objections are overruled. The
4 Report and Recommendation is adopted. The petition is denied. Certificate of appealability is denied.

5 **IT IS SO ORDERED.**

7 DATED: December 4, 2013

_____
HON. DANA M. SABRAW
United States District Judge